**STATE of Missouri, Respondent,**

v.

**John SARVER, Appellant.**

**No. ED 102385**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: March 22, 2016

For Appellant: Kent Denzel, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203.

For Respondent: Chris Koster, Dora A. Fichter, P.O. Box 899, Jefferson City, Missouri 65102.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### *ORDER*

#### PER CURIAM

John Sarver appeals his conviction following a jury trial in the Circuit Court of St. Louis County of one count of first-degree robbery. In his four points on appeal, Sarver contends that the trial court erred (1) by overruling his motion to suppress evidence based on the lack of probable cause for his arrest; (2) by admitting in- and out-of-court identifications of him the reliability of which was tainted by impermissibly suggestive pretrial identification procedures; (3) by denying his motion to dismiss based on a violation of his right to a speedy trial; and (4) by denying his motion to strike for cause a venireperson he alleges fell asleep during part of voir dire. We affirm.

We have concluded that an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).